# LEWIS
## AND
# ROCA
—— LLP ——
L A W Y E R S

Sean D. Garrison  (# 014436) (sgarrison@lrlaw.com)
LEWIS AND ROCA LLP.
40 North Central Avenue
Phoenix, Arizona  85004-4429
Telephone: (602) 239-7434
Facsimile:  (602) 734-3939
*Attorneys for Defendant SpeedDate.com, Inc.*

1
2
3
4

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jedi Technologies, Inc., an Arizona corporation, | ) ) ) | Case No.  11-CV-00304-CKJ |
| Plaintiff, | ) ) | **SPEEDDATE.COM, INC.'S ANSWER TO JEDI** |
| v. | ) ) | **TECHNOLOGIES, INC.'S COMPLAINT** |
| SpeedDate.com, Inc., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

        Defendant  SPEEDDATE.COM,  INC.  ("SpeedDate"),  by  and  through  the undersigned counsel, hereby submits the following Answer to the Complaint filed by Plaintiff JEDI TECHNOLOGIES, INC. ("Jedi Technologies"):

### NATURE OF CASE

        1.        SpeedDate admits that the Complaint purports to state a claim for patent infringement.  SpeedDate admits that this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

### PARTIES

        2.        SpeedDate lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

        3.        SpeedDate admits that the face of U.S. Patent No. 7,401,098 (the "'098 patent") states that its title is "System and Method for the Automated Notification of Compatibility Between Real-Time Network Participants" and states that its issue date of July 15, 2008.  SpeedDate admits that a reexamination certificate for the '098 patent from the United States Patent and Trademark Office bears a date of issuance of May 10, 2011.



SpeedDate denies that the '098 patent is valid.  SpeedDate lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

4.     SpeedDate admits that the face of U.S. Patent No. 7,855,977 (the "'977 patent") states that its title is "System and Method for the Automated Notification of Compatibility Between Real-Time Network Participants" and states that its issuance date is February 8, 2011.  SpeedDate denies that the '098 patent is valid.  SpeedDate lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

5.     SpeedDate admits the allegations in this paragraph.

**JURISDICTION AND VENUE**

6.     SpeedDate admits that it provides a website at www.speeddate.com. SpeedDate admits that www.speeddate.com is an online speed dating site.

7.     SpeedDate admits that it offers the www.speeddate.com website throughout the United States, which includes this judicial district.

8.     As SpeedDate does not have personal knowledge of how particular users chose to set up their profiles, SpeedDate lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them. SpeedDate does not admit that this District is an appropriate or convenient venue.

9.     SpeedDate admits that it provides its online speed dating site at www.speeddate.com to its members throughout the United States.

10.     SpeedDate admits that it sends emails to members of the www.speeddate.com website.  SpeedDate lacks sufficient information to form a belief as to the truth of the remaining allegations recited in this paragraph, and on that basis denies them.

11.     SpeedDate admits that it offers a paid membership to its members for $15.95 per month, payable by Visa, Mastercard, Discover, Amex, JCB or Paypal via its www.speeddate.com website.  SpeedDate lacks sufficient information to form a belief as



to the truth of the remaining allegations recited in this paragraph, and on that basis denies them.

12.      SpeedDate admits that it provides its online speed dating site at www.speeddate.com to its members throughout the United States. SpeedDate lacks sufficient information to form a belief as to the truth of the remaining allegations recited in this paragraph, and on that basis denies them.

13.      SpeedDate admits that venue is proper in this district, but reserves the right to contend that the District of Arizona is an inconvenient forum and that the Court should transfer the action to the Northern District of California.

**CLAIMS FOR PATENT INFRINGEMENT**

**COUNT I – INFRINGEMENT OF U.S. PATENT NO. 7,401,098 C1**

14.      SpeedDate admits that it provides an online speed dating site at www.speeddate.com. SpeedDate admits that it sends email to members of the www.speeddate.com website. SpeedDate admits that it provides SpeedDate.com applications for the Apple iPad and iPhone. SpeedDate denies the remaining allegations set forth in this paragraph.

15.      SpeedDate denies the allegations set forth in this paragraph.

16.      SpeedDate denies the allegations set forth in this paragraph.

**COUNT II – INFRINGEMENT OF U.S. PATENT NO. 7,885,977 B2**

17.      SpeedDate admits that it provides an online speed dating site at www.speeddate.com. SpeedDate admits that it provides interactivity with the Facebook website available at www.facebook.com. SpeedDate denies the remaining allegations set forth in this paragraph.

18.      SpeedDate denies the allegations set forth in this paragraph.

19.      SpeedDate denies the allegations set forth in this paragraph.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense: Non-Infringement**

20.      SpeedDate is not infringing and has not infringed, directly, contributorily,

3

or by inducement any claims of the '098 patent, either literally or under the doctrine of equivalents.

21. SpeedDate is not infringing and has not infringed, directly, contributorily, or by inducement any claims of the '977 patent, either literally or under the doctrine of equivalents.

## Second Affirmative Defense: Invalidity

22. One or more of the claims of the '098 patent are invalid for failure to satisfy the conditions for patentability set forth in 35 U.S.C. §§ 101, 102, 103, and/or 112.

23. One or more of the claims of the '977 patent are invalid for failure to satisfy the conditions for patentability set forth in 35 U.S.C. §§ 101, 102, 103, and/or 112.

## Third Affirmative Defense: Failure to State a Claim

24. The Complaint fails to state a claim upon which relief can be granted.

## Fourth Affirmative Defense: No Injunctive Relief

25. Plaintiff's demand to enjoin SpeedDate is barred, as Plaintiff has suffered neither harm nor irreparable harm from SpeedDate's actions.

## Sixth Affirmative Defense: Prosecution History Estoppel

26. Plaintiff is estopped from construing any valid claim of the '098 patent or the '977 patent to cover or include, either literally or by application of the doctrine of equivalents, any product or service manufactured, used, imported, sold, or offered by SpeedDate because of admissions and statements to the United States Patent and Trademark Office in the specification of the patents-in-suit, during prosecution of the applications leading to the issuance of the patents-in-suit, and/or during the reexamination proceedings of the '098 patent.

## Other Affirmative Defenses

27. SpeedDate reserves all other affirmative defenses pursuant to Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses, at law or in equity, that now exist or in the future may be available based on discovery and further factual investigation in this case.

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

WHEREFORE, Defendant SpeedDate respectfully asks this Court to enter judgment:

A.     In favor of SpeedDate, and against Plaintiff, thereby dismissing Plaintiff's Complaint in its entirety, with prejudice, with Plaintiff taking nothing by way of its claims;

B.     That SpeedDate has not infringed, contributorily infringed, or induced the infringement of, and is not now infringing, contributorily infringing, or inducing the infringement of any valid claim of U.S. Patent No. 7,401,098 C1, literally or under the doctrine of equivalents, under any subsection of 35 U.S.C. § 271;

C.     That SpeedDate has not infringed, contributorily infringed, or induced the infringement of, and is not now infringing, contributorily infringing, or inducing the infringement of any valid claim of U.S. Patent No. 7,885,977 B2, literally or under the doctrine of equivalents, under any subsection of 35 U.S.C. § 271;

D.     That all asserted claims of the '098 patent are invalid and/or unenforceable;

E.     That all asserted claims of the '977 patent are invalid and/or unenforceable;

F.     That this is an exceptional case pursuant to 35 U.S.C. § 285 and ordering Plaintiff to pay SpeedDate's reasonable attorneys' fees incurred in this action;

G.     That Plaintiff pay all costs incurred by SpeedDate in this action; and

H.     Awarding SpeedDate all other relief the Court deems just and proper.

Respectfully submitted this 22nd day of July, 2011.

**LEWIS AND ROCA LLP**

/s/Sean D. Garrison
Sean D. Garrison (AZ Bar No. 014436)
40 North Central Avenue
Phoenix, Arizona  85004
Tel:  (602) 262-5311
Fax:  (602) 262-5747

2425555.1



1   Heidi L. Keefe (CA Bar No. 178960)
    Elizabeth Stameshkin (CA Bar No.
2   260865)
    5 Palo Alto Square
3   3000 El Camino Real
    Palo Alto, California 94306
4   Tel:  (650) 843-5000
    Fax:  (650) 849-7400
5   Email:  hkeefe@cooley.com
    Email:  lstameshkin@cooley.com
6
    Michael G. Rhodes (CA Bar No. 116127)
7   101 California Street, 5th Floor
    San Francisco, CA 94111
8   Tel: (415) 693-2000
    Fax: (415) 693-2222
9   Email: mrhodes@cooley.com
10  *Pro hac vice application to be filed*
11  Attorneys for Defendant
    SPEEDDATE.COM, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on July 22, 2011, I electronically transmitted the attached

3    document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4    Notice of Electronic Filing to the following CM/ECF registrants:

5

6          Sean E. Brearcliffe
           Rusing & Lopez
7          6262 North Swan Road
           Suite 200
8          Tucson, AZ  85718

9
           Raymond P. Niro,
10         Raymond P. Niro, Jr.
           Brian E Haan **,**
11         Daniel R. Ferri
           Niro Haller & Niro
12         181 W Madison St., Ste. 4600
           Chicago, IL 60602
13

14

15                                          */s/ Sandra Santiago*
                                            Employee of Lewis and Roca
16

17

18

19

20

21

22

23

24

25

26

27

28

2425555.1